UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND EDUCATIONAL TRAVEL, *et al.*, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 06-1215 (ESH) |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, ) ) ) ) | |
| Defendant. ) ) | |

## ORDER

Although the complaint in this case was filed more than 120 days ago on July 3, 2006, plaintiffs have not filed proof of service of process with the Court, as required by Federal Rule of Civil Procedure 4(l). Accordingly, it is this 6th day of November, 2006, hereby

**ORDERED** that by no later than November 20, 2006, plaintiffs shall file proof of service or show cause why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). If plaintiffs fail to comply with this order, the complaint will be dismissed without prejudice.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 6, 2006