# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **ECDET**<br>1717 Massachusetts Avenue, N.W.<br>Suite 801<br>Washington, D.C. 20036,<br><br>    Plaintiff<br><br>v.<br><br>**United States Department of Treasury**<br>**Office of Foreign Assets Control**<br>1500 Pennsylania Avenue, N.W.<br>Washington, D.C. 20220,<br><br>    Defendant. | **Case No. 1:06CV01215**<br><br>**Judge Huvelle** |

## AFFIDAVIT OF SERVICE OF PROCESS ON DEFENDANT

COMES NOW, the Plaintiff, ECDET, by and through its attorney, John T. Riely, and submits proof of return of service in this instance. The United States Attorney for the District of Columbia, Complainant herein, was served via certified first class mail, return receipt requested on:

1) The United States Department of the Treasury;

2) The United States Department of the Treasury, Office of Foreign Assets Control;

3) The United States Attorney General; and

4) The United States Attorney for the District of Columbia.

The return receipts from the service upon the United States Department of Treasury and the United States Attorney General are herein attached to this Affidavit as Exhibits A & B, respectively, and were received and returned with the Defendants' signatures.

Respectfully submitted,

_____
John T. Riely
4405 East West Highway
Suite 601
Bethesda, Md. 20814
(301) 656-3382
Attorney for the Plaintiff,
ECDET

Subscribed and sworn to before me this ____ day of August, 2006.

NOTARY PUBLIC

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ECDET** <br> 1717 Massachusetts Avenue, N.W. <br> Suite 801 <br> Washington, D.C. 20036, <br><br> Plaintiff <br><br> v. <br><br> **United States Department of Treasury** <br> **Office of Foreign Assets Control** <br> 1500 Pennsylania Avenue, N.W. <br> Washington, D.C. 20220, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **Case No. 1:06CV01215** <br><br> **Judge Huvelle** |

## ORDER

In consideration of Plaintiff's Motion to Submit Proof of Return of Service, it is this _____ day of _____, 2006, ORDERED that notice be taken of Plaintiff's submission and that Plaintiff's submission become part of the record of this case.

_____
Judge Huvelle

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion to Submit Proof of Return of Service was mailed, postage prepaid, on November 20, 2006, to the following parties:

Hannah Chanoine, Esq.
Trial Attorney
U.S. Department of Justice
Civil Division
P.O. Box 883
Washington, D.C. 20044

Hannah Chanoine, Esq.
U.S. Attorney's Office
Room E-4500
555 4th Street, NW
Washington, D.C. 20530

_____
John T. Riely