| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *[signature]*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  JUL 2 0 2006  C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Dept. of the Treasury and<br>John W. Snow, Secretary, in his official capacity<br>1500 Pennsylvania Avenue, NW<br>Washington DC 20220-0001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>  *(Transfer from service label)* | |
| PS Form 3811, August 2001    Domestic Return Receipt | 2ACPRI-03-Z-0985 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

JOHN T. RIELY, ATTORNEY AT LAW
4405 EAST WEST HIGHWAY
SUITE 601
BETHESDA, MARYLAND 20814