UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ECDET<br>1717 Massachusetts Avenue, N.W.<br>Suite 801<br>Washington, D.C. 20036,<br><br>   Plaintiff<br><br>v.<br><br>United States Department of Treasury<br>Office of Foreign Assets Control<br>1500 Pennsylania Avenue, N.W.<br>Washington, D.C. 20220,<br><br>   Defendant. | Case No. 1:06CV01215<br><br>Judge Huvelle |

AFFIDAVIT OF SERVICE OF PROCESS ON DEFENDANT

COMES NOW, the Plaintiff, ECDET, by and through its attorney, John T. Riely, and submits proof of return of service in this instance. The United States Attorney for the District of Columbia, Complainant herein, was served in person on November 20, 2006 on the U.S. Attorney's office via the procedures set by that office for service of process upon that office. An early attempt to serve that office via certified first class mail, return receipt requested as well as in proper person was deemed unsuccessful by the United States Attorney and the undersigned counsel agreed to reserve the Office of the United States Attorney and has done so as follows:

On November 20, 2006, the undersigned cause his office assistant, Shaun Owens to hand carry the summons and complaint in this instance to the Office

of the United States Attorney and per instruction received from the Office and from the Assistant Attorney General assigned to this case delivered the same to that office again and caused the same to be served upon the office of the United States Attorney. Said service occurred as to the United States Attorney was conducted on November 20, 2006 at approximately 1:30 p.m. and was delivered to the Civil Process Office, U.S. Attorney's Office, Room B-4500, 555 4th St. N.W. Washington, D.C. 20530. Under separate cover, proof of service as the The United States Department of the Treasury and The United States Department of the Treasury, Office of Foreign Assets Control has been submitted and the same was accomplished on July 20, 2006. Separate proof as to these two defendants is set forth in a previous submission.

The plaintiff has agreed with the Assistant Attorney General assigned to this case that a responsive pleading will not be due prior to January 17, 2007.

Respectfully submitted,

_____

John T. Riely

4405 East West Highway

Suite 601

Bethesda, Md. 20814

(301) 656-3382

         Attorney for the Plaintiff,

         ECDET

John T. Riely

Attorney @ Law

4405 East West Highway

#603

Bethesda, Md. 20814

(301) 656-3382