IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control,<br><br>      Defendants.[1] | Case No. 1:06-CV-01215<br>Judge Ellen S. Huvelle |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of Record:

      Please enter the appearance of Hannah Y.S. Chanoine as counsel for Defendants United States Department of the Treasury, Office of Foreign Assets Control ("OFAC"), and Adam J. Szubin, Director of OFAC. Please note the following contact information for Ms. Chanoine:

| Address for U.S. Mail | Address for Overnight Mail and Hand Delivery |
|---|---|
| Hannah Y.S. Chanoine<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044 | Hannah Y.S. Chanoine<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001 |

Tel: (202) 305-2318
Fax: (202) 616-8202
E-Mail: Hannah.Chanoine@usdoj.gov

---

      [1] Pursuant to Federal Rule of Civil Procedure 25(d), Adam J. Szubin, in his official capacity as Director of the Office of Foreign Assets Control, substitutes for Barbara Hammerle.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

By: *[signature]*

SANDRA M. SCHRAIBMAN
Assistant Branch Director, Civil Division
HANNAH Y.S. CHANOINE
Trial Attorney
U.S. Department of Justice
Civil Division
<u>Mailing Address</u>
P.O. Box 883
Washington, DC  20044
<u>Delivery Address</u>
20 Massachusetts Avenue, NW, Rm 7340
Washington, DC  20001
Telephone:  (202) 305-2318
Facsimile:   (202) 616-8202
E-mail: <u>hannah.chanoine@usdoj.gov</u>
*Counsel for Defendants*

Dated: November 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, a copy of this Notice of Appearance was sent via electronic mail to:

    John T. Riely (jtriely@msn.com)
    Robert Lee Muse (muserl@yahoo.com)

    Counsel for Plaintiffs

_____
HANNAH Y.S. CHANOINE