IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control, <br><br> Defendants.[1] | Case No. 1:06-CV-01215 <br> Judge Ellen S. Huvelle |

**DEFENDANTS' UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME IN WHICH TO RESPOND TO THE COMPLAINT
AND JOINT MOTION TO SET A BRIEFING SCHEDULE**

Defendants, by and through undersigned counsel, hereby move unopposed for an enlargement of time in which to respond to the Complaint (docketed as #1). In addition, Plaintiffs and Defendants, by and through undersigned counsel, hereby jointly move the Court to set a briefing schedule, as proposed by the parties, on Defendants' dispositive motion.

In support of Defendants Unopposed Motion, Defendants respectfully submit:

1.  Plaintiffs filed their Complaint on July 3, 2006 (Dkt. #1), and served the United States Attorney's Office for the District of Columbia on November 20, 2006 (Dkt. #4).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Henry M. Paulson, Jr., in his official capacity as the Secretary of the United States Department of the Treasury, substitutes for John W. Snow, and Adam J. Szubin, in his official capacity as Director of the Office of Foreign Assets Control, substitutes for Barbara Hammerle.

2. Currently, Defendants must respond to the Complaint by January 19, 2007 (Dkt. #5).

3. Defendants are preparing a Motion to Dismiss, or in the Alternative, a Motion for Summary Judgment to submit in response to the Complaint.

4. Due to additional commitments and conflicting deadlines, Defendants require two additional weeks in which to complete the dispositive motion.

5. Defendants request, therefore, that the time in which to respond to the Complaint be extended up to and including February 2, 2007.

6. On January 10, 2007, Counsel for Defendants conferred with counsel for Plaintiffs, who has indicated that he does not oppose this Motion.

With respect to the parties' Joint Motion to Set a Briefing Schedule, the parties request that (1) Plaintiffs be given up to and including March 5, 2007, in which to file its opposition to Defendants' motion; and (2) Defendants be given up to and including April 6, 2007 in which to file its reply.

This schedule is based on consultation between the parties, taking into account the parties' other obligations, and will facilitate an expeditious resolution of this matter.

## CONCLUSION

For the foregoing reasons, the parties jointly request that the Court enter the attached proposed Order.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    JEFFREY A. TAYLOR
    United States Attorney

                                                    By:    <u>/s/ Hannah Y.S. Chanoine</u>
                                                             SANDRA M. SCHRAIBMAN
                                                              Assistant Branch Director, Civil Division
                                                              HANNAH Y.S. CHANOINE
                                                              Trial Attorney
                                                              U.S. Department of Justice
                                                              Civil Division
                                                              <u>Mailing Address</u>
                                                              P.O. Box 883
                                                              Washington, DC  20044
                                                             <u>Delivery Address</u>
                                                              20 Massachusetts Avenue, NW, Rm 7340
                                                             Washington, DC  20001
                                                             Telephone:  (202) 305-2318
                                                             Facsimile:   (202) 616-8202
                                                             E-mail: hannah.chanoine@usdoj.gov
                                                             *Counsel for Defendants*

Dated:

                                                By:    <u>/s/ John T. Riely</u>
                                                              JOHN T. RIELY
                                                              4405 East West Highway #603
                                                              Bethesda, Md. 20814
                                                              Telephone:  (301) 656-3382
                                                              Facsimilie: (301) 656-0729
                                                              E-mail:  JTRIELY@MSN.COM
                                                              ROBERT L. MUSE
                                                              Muse & Associates
                                                              1320 19th St. NW, Suite M-2
                                                              Washington, DC 20036
                                                              Telephone:  (202) 887-4990
                                                              E-mail:  MUSERL@YAHOO.COM
                                                             *Counsel for Plaintiffs*