IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control, <br><br> Defendants.[1] | Case No. 1:06-CV-01215 <br> Judge Ellen S. Huvelle |

**(proposed) ORDER**

Upon consideration of Defendants' Unopposed Motion for an Enlargement of Time and the parties' Joint Motion to Set a Briefing Schedule, IT IS ORDERED that the Motions be and hereby is GRANTED;

IT IS FURTHER ORDERED that Defendants shall have until February 2, 2007, in which to respond to the Complaint;

IT IS FURTHER ORDERED that Plaintiffs shall have until March 5, 2007, in which to respond to Defendants dispositive motion;

IT IS FURTHER ORDERED that Defendants shall have until April 7, 2007, in which to

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Henry M. Paulson, Jr., in his official capacity as the Secretary of the United States Department of the Treasury, substitutes for John W. Snow, and Adam J. Szubin, in his official capacity as Director of the Office of Foreign Assets Control, substitutes for Barbara Hammerle.

file its reply.

    Dated this ___ day of _____, 2006.

                                BY THE COURT:

                                _____