IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control,<br><br>Defendants.[1] | Case No. 1:06-CV-01215<br>Judge Ellen S. Huvelle |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendants U.S. Department of the Treasury; Office of Foreign Assets Control; Henry M. Paulson, Jr., Secretary of the Treasury; and Adam J. Szubin, Director of the Office of Foreign Assets Control, hereby files with this Notice a CD-ROM containing electronic copies of pages of the Administrative Record described in the accompanying table of contents. The CD-ROM of the Exhibits is being maintained in the case file in the Clerk's Office. These Exhibits will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Henry M. Paulson, Jr., in his official capacity as the Secretary of the United States Department of the Treasury, substitutes for John W. Snow, and Adam J. Szubin, in his official capacity as Director of the Office of Foreign Assets Control, substitutes for Barbara Hammerle.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

By: _____
SANDRA M. SCHRAIBMAN
Assistant Branch Director, Civil Division
HANNAH Y.S. CHANOINE
Trial Attorney
U.S. Department of Justice
Civil Division
Mailing Address
P.O. Box 883
Washington, DC 20044
Delivery Address
20 Massachusetts Avenue, NW, Rm 7340
Washington, DC 20001
Telephone: (202) 305-2318
Facsimile: (202) 616-8202
E-mail: hannah.chanoine@usdoj.gov
*Counsel for Defendants*

Dated:

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2007, a copy of Defendants' Notice of Filing of Administrative Record, as well as a copy of the accompanying CD-ROM, was sent via Federal Express to:

John T. Riely
4405 East West Highway, Ste 601
Bethesda, MD 20814
301-656-3382

Counsel for Plaintiffs

HANNAH Y.S. CHANOINE