IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control, <br><br> Defendants.[1] | Case No. 1:06-CV-01215 <br> Judge Ellen S. Huvelle |

**[DEFENDANT'S PROPOSED]**
**ORDER DISMISSING THE ACTION AND GRANTING SUMMARY JUDGMENT**

Defendants have moved to dismiss this action, or in the alternative, have moved for summary judgment in this action, pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure. Upon consideration of defendant's motion and of all materials submitted in relation to the motion, IT IS HEREBY ORDERED that —

Defendant's motion be, and it hereby is, GRANTED; and

This action is hereby DISMISSED WITH PREJUDICE; and

Summary judgment is hereby GRANTED to Defendants.

Dated: _____            _____
                                                                                    HON. ELLEN S. HUVELLE

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Henry M. Paulson, Jr., in his official capacity as the Secretary of the United States Department of the Treasury, substitutes for John W. Snow, and Adam J. Szubin, in his official capacity as Director of the Office of Foreign Assets Control, substitutes for Barbara Hammerle.