IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD, <br><br>       Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control, <br><br>       Defendants.[1] | Case No. 1:06-CV-01215 <br> Judge Ellen S. Huvelle |

## ERRATA

COME NOW the Federal Defendants and ask the Court to accept a corrected version of the Tables of Contents and Authorities of the Defendants Motion to Dismiss or, In the Alternative, Motion for Summary Judgment (Dkt. Nos. 8, 10). The Tables of Contents and Authorities, as filed, contains inadvertent errors; these errors are corrected on the substitute Tables attached hereto. The Federal Defendants, thus, respectfully request that the Court and the Clerk substitute the corrected Tables for the Tables in Defendants Motion.

Respectfully submitted,

                              PETER D. KEISLER
                              Assistant Attorney General

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Henry M. Paulson, Jr., in his official capacity as the Secretary of the United States Department of the Treasury, substitutes for John W. Snow, and Adam J. Szubin, in his official capacity as Director of the Office of Foreign Assets Control, substitutes for Barbara Hammerle.

              JEFFREY A. TAYLOR
              United States Attorney

         By: /s/ Hannah Y.S. Chanoine
            SANDRA M. SCHRAIBMAN
            Assistant Branch Director, Civil Division
            HANNAH Y.S. CHANOINE
            Trial Attorney,
            U.S. Department of Justice, Civil Division
            <u>Mailing Address</u>
            P.O. Box 883, Washington, DC  20044
            Telephone:  (202) 305-2318
            Facsimile:  (202) 616-8202
            E-mail: hannah.chanoine@usdoj.gov
            *Counsel for Defendants*

Dated: February 5, 2007