## TABLE OF CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATUTORY AND REGULATORY BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

I.     Trading With the Enemy Act (TWEA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

II.    The Cuban Assets Control Regulations (CACR) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

       A.     *CACR Travel Restrictions, Generally* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

       B.     *Educational Travel* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

       C.     *The 2004 Rulemaking Responding to Changed U.S. Foreign Policy* . . . . . . . . . . 8

              1.     The Commission for Assistance to a Free Cuba (CAFC I) . . . . . . . . . . . . . . . 8

              2.     THE 2004 AMENDMENTS TO 31 C.F.R. § 515.565 . . . . . . . . . . . . . . . . . . . . . . 10

PROCEDURAL BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

              1.     Nature of Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

              2.     Nature of Plaintiffs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

STANDARDS OF REVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

I.     Standard for Motion to Dismiss for Lack of Subject Matter Jurisdiction . . . . . . . . . . . 15

II.    Standard for Motion to Dismiss for Failure to State a Claim . . . . . . . . . . . . . . . . . . . . 15

III.   Standard for Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

III.   This Action Should Be Dismissed for Lack of Subject Matter Jurisdiction . . . . . . . . . 16

       A.     *Standing* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

              1.     CONSTITUTIONAL LIMITATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

              2.     PRUDENTIAL LIMITATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

B. *Plaintiffs Have Not Established Injury-in-Fact* . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

C. *Plaintiffs Have Not Established Redressability* . . . . . . . . . . . . . . . . . . . . . . . . 22

D. *Plaintiffs Seek To Assert the Rights and Interests of Third Parties* . . . . . . . . . 24

IV. Plaintiffs' APA Claims are Meritless . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

A. *A Deferential Standard of Review Applies to Defendants' Action* . . . . . . . . . . 26

B. *OFAC Validly Exercised TWEA's Economic Sanctions Powers* . . . . . . . . . . . . 29

C. *OFAC Reasonably Interpreted TWEA as Authorizing Regulation of Educational Travel* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

V. Plaintiffs Have Not Been Deprived of First Amendment Rights . . . . . . . . . . . . . . . . . . 34

A. *Travel Restrictions Under the Cuban Embargo Have Long Withstood First Amendment Challenges* . . . . . . . . . . . . . . . . . . . . . . 34

B. *The First Amendment and the Scope of its Protection of "Academic Freedom"* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

C. *31 C.F.R. § 515.565 is Content and Viewpoint Neutral* . . . . . . . . . . . . . . . . . . 39

D. *Even if The Regulation Incidentally Burdens Plaintiffs' First Amendment Rights, Depriving The Castro Dictatorship of Tourism Revenues is an "Important or Substantial Government Interest"* . . . . 40

1. Any Intrusion Into First Amendment Rights is Only Incidental to the Purpose of 31 C.F.R. § 515.565 . . . . . . . . . . 40

2. 31 C.F.R. § 515.565 Survives Intermediate Scrutiny . . . . . . . . . . . . . . 41

VI. Plaintiffs Have Not Been Deprived of Fifth Amendment Rights . . . . . . . . . . . . . . . . . . 43

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

## TABLE OF AUTHORITIES

**CASES**                                                                    **PAGE(S)**

Allen v. Wright, 468 U.S. 737 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 18

Am. Library Ass'n v. Odom, 818 F.2d 81 (D.C. Cir. 1987) . . . . . . . . . . . . . . . . . . . . . . . . 26

Anderson v. Liberty Lobby, Inc., 477 U.S. 242 (1986) . . . . . . . . . . . . . . . . . . . . . . . . 16, 17

Educación Privada de Puerto Rico,
    Inc. v. Echevarría-Vargas, 385 F.3d 81 (1st Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . 38

Barrows v. Jackson, 346 U.S. 249 (1953) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Broadrick v. Oklahoma, 413 U.S. 601 (1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19, 25

Camp v. Pitts, 411 U.S. 138 (1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 28

Capital Cities/ABC, Inc. v. Brady,
    740 F. Supp. 1007 (S.D.N.Y. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Celotex Corp. v. Catrett, 477 U.S. 317 (1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Chevron U.S.A. Inc. v. NRDC, 467 U.S. 837 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 27

Clifford v. Pena, 77 F.3d 1414 (D.C. Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

Consarc Corp. v. U.S. Treasury Dept., Office of Foreign
    Assets Control, 71 F.3d 909 (D.C. Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . 26, 31

Crooker v. Bureau of Alcohol, Tobacco & Firearms,
    670 F.2d 1051 (D.C. Cir. 1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Dames & Moore v. Regan, 453 U.S. 654 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Dep't of the Treasury v. FLRA, 494 U.S. 922 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

EEOC v. St. Francis Xavier Parochial Sch.,
    117 F.3d 621, 624 (D.C. Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Epperson v. Arkansas, 393 U.S. 97 (1968) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 38

Farrakhan v. Reagan, 669 F. Supp 506 (D.D.C. 1987),
    aff'd, (table) 851 F.2d 1500 (C.A.D.C. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35, 42

Fed. Express Corp. v. Airline Pilots Ass'n,
    67 F.3d 961 (D.C. Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  17

Fed. for Am. Immigration Reform, Inc. v. Reno,
    897 F. Supp. 595 (D.D.C. 1995),
    *aff'd*, 93 F.3d 897 (D.C. Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  15

Fla. Power & Light Co. v. Lorion, 470 U.S. 729 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . .  29

Fla. Public Telecomm. Ass'n v. F.C.C.,
    54 F.3d 857 (D.C.Cir. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  32

Freedom to Travel Campaign v. Newcomb,
    82 F.3d 1431 (9th Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Fund For Animals v. Norton, 374 F. Supp. 2d 91 (D.D.C. 2005),
    *aff'd on other grounds*, 472 F.3d 872 (D.C. Cir. Dec. 15, 2006) . . . . . . . . . . . . . . . . .  33

George Washington Univ. v. Dist. of Columbia,
    318 F.3d 203 (D.C. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  38

Global Relief Found., Inc. V. O'Neill,
    315 F.3d 748 (7th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  30

Haig v. Agee, 453 U.S. 280, 306 (1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  44

Harrisiades v. Shaughnessy, 342 U.S. 580 (1952) . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  27, 44

Havens Realty Corp. v. Coleman, 455 U.S. 363 (1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . .  18

Helms v. Sec'y of the Treasury, 721 F. Supp. 1354 (D.D.C. 1989) . . . . . . . . . . . . . . . . . . . . .  11

Herbert v. Nat'l Acad. of Scis., 974 F.2d 192 (D.C. Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . .  15

Holly Farms Corp. v. NLRB, 517 U.S. 392 (1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  27

Holly Land Found. For Relief and Dev. v. Ashcroft,
    219 F. Supp. 2d 57 (D.D.C. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 42

Holly Land Found. For Relief and Dev. v. Ashcroft,
    333 F.3d 156 (D.C. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 28, 40

Islamic Am. Relief Agency v. Unidentified FBI Agents,
    394 F. Supp. 2d 34 (D.D.C. 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6, 40, 42

Johnson-Kurek v. Abu-Absi, 423 F.3d 590 (6th Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . . 21, 38

Kaempe v. Myers, 367 F.3d 958 (D.C. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Kent v. Dulles, 357 U.S. 116, 125 (1958) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

Keyishian v. Bd. of Regents of Univ. of N.Y.,
      385 U.S. 589 (1967) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 37

Kleindienst v. Mandel,
      408 U.S. 753 (1972) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

Kowalski v. Tesmer, 543 U.S. 125 (2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18, 19, 25

Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Miranda v. Secretary of Treasury, 766 F.2d 1 (1st Cir. 1985) . . . . . . . . . . . . . . . . . . . . . . .  3

Monahan v. Dorchester Counseling Ctr.,
      961 F.2d 987 (1st Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Nat'l Cable & Telecomm. Ass'n v. Brand X Internet Servs.,
      125 S. Ct. 2688 (2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Nat'l Treasury Employees Union v. Horner,
      854 F.2d 490 (D.C. Cir. 1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28, 29

Nat'l Treasury Employees Union v. United States,
      101 F.3d 1423 (D.C. Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

Nat'l Wrestling Coaches Assoc. v. Dep't of Educ.,
      366 F.3d 930 (D.C. Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22, 23, 24

Natural Res. Def. Council v. EPA, 464 F.3d 1 (D.C. Cir. 2006) . . . . . . . . . . . . . . . . . . 18, 19

Nielsen v. Sec'y of Treasury, 424 F.2d 833 (D.C. Cir. 1970) . . . . . . . . . . . . . . . . . . . . 29, 30

Nova Univ. v. Educ. Inst. Licensure Comm'n,
      483 A.2d 1172 (D.C. 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38, 40

Palestine Info. Office v. Shultz, 853 F.2d 932 (D.C. Cir. 1988) . . . . . . . . . . . . . . . . . . . . . 28

Parradissiotis v. United States, 304 F.3d 1271 (Fed. Cir. 2002) . . . . . . . . . . . . . . . . . . . . . 29

Pauley v. BethEnergy Mines, Inc., 501 U.S. 680 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Powers v. Ohio, 499 U.S. 400 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  25

Propper v. Clark, 337 U.S. 472 (1949) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  29, 42

Reeves v. Sanderson Plumbing Prods., Inc.,
     530 U.S. 133 (2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  16

Regan v. Wald, 468 U.S. 222 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  passim

Regions Hosp. v. Shalala, 522 U.S. 448 (1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  27

Renne v. Geary, 501 U.S. 312 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  17, 18

Rust v. Sullivan, 500 U.S. 173 (1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  27

Schrier v. Univ. of Colo., 427 F.3d 1253 (10th Cir. 2005) . . . . . . . . . . . . . . . . . . . . . . . .  37

Sec'y of State of Md. v. Joseph H. Munson Co., Inc.,
     467 U.S. 947 (1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  25

Shelton v. Tucker, 364 U.S. 479 (1960) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  36, 37

Simon v. E. Ky. Welfare Rights Org., 426 U.S. 26 (1976) . . . . . . . . . . . . . . . . . . . . . . .  17, 22

Singleton v. Wulff, 428 U.S. 106 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  25, 26

State Highway Comm'n v. Volpe,
     479 F.2d 1099 (8th Cir. 1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  33

Sweezy v. State of New Hampshire, 354 U.S. 234 (1957) . . . . . . . . . . . . . . . . . . . . . .  passim

Teague v. Reg'l Comm'r of Customs,
     404 F.2d 441 (2d Cir. 1968) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  passim

Trojan Tech., Inc. v. Pennsylvania,
     916 F.2d 903 (3rd Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  33

United States v. Haggar Apparel Co.,
     526 U.S. 380 (1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  27

United States v. O'Brien, 391 U.S. 367, 376 (1968) . . . . . . . . . . . . . . . . . . . . . . . . . . 40, 41, 42

Univ. of Pa. v. EEOC, 493 U.S. 182 (1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  37, 38

Urofsky v. Gilmore, 216 F.3d 401 (4th Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . 21, 36, 38

Valley Forge Christian College v. Am. United for Separation
    of Church and State, Inc., 454 U.S. 464 (1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Walsh v. Brady, 927 F.2d 1229 (D.C. Cir. 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Ward v. Rock Against Racism, 491 U.S. 781 (1989) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

Warth v. Seldin, 422 U.S. 490 (1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Whitehill v. Elkins, 389 U.S. 54 (1967) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36, 38

Yang v. Cal. Dept. of Soc. Serv.,
    183 F.3d 953 (9th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

Zemel v. Rusk, 381 U.S. 1 (1965) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35, 36, 43, 44

## STATUTES AND LEGISLATIVE MATERIALS

50 U.S.C. § 1701 *et seq* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Administrative Procedure Act (APA), 5 U.S.C. § 702 . . . . . . . . . . . . . . . . . . . . . . . . 13, 26, 28

Act of Oct. 6, 1917, ch. 106, 40 Stat. 411 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Act of March 9, 1933, ch. 1, 48 Stat. 411 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Cuban Democracy Act of 1992, 22 U.S.C. § 6001 *et seq* . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Cuban Liberty Democratic Solidarity (Libertad)
    Act of 1996, 22 U.S.C. § 6021 *et seq* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Export Administration Act of 1979, 50 U.S.C. App. §§ 2404, 2405 . . . . . . . . . . . . . . . . . . . . 4

H.R. Conf. Rep. 103-482, at 239-240 (1994), *reprinted in* 1994
    U.S.C.C.A.N. 398, 483 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

International Emergency Economic Powers Act (IEEPA),
    Title II, Pub. L. No. 95-223, 91 Stat. 1626 *et seq* (1977) . . . . . . . . . . . . . . . . . . . 3, 32, 33

Pub. L. No. 100-418, § 2502(a),
    102 Stat. 1107, 1371 (1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Pub. L. No. 103-236, § 525, 108 Stat. 382 (1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . 4, 5, 31, 32

Trading With The Enemy Act (TWEA), 50 U.S.C. App § 5(b) . . . . . . . . . . . . . . . . . . . passim

## EXECUTIVE MATERIALS

Comm'n for Assistance to a Free Cuba, Report to the President (2004) . . . . . . . . . . . . . . passim

Determination No. 2006-23, 71 Fed. Reg. 54399
       (Sept. 13, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Exec. Order. No. 9193, 7 Fed. Reg. 5205, 3 C.F.R. §§ 1174,
       1175 (July 6, 1942) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Exec. Order No. 12854, 58 Fed. Reg. 36587 (July 4, 1993) . . . . . . . . . . . . . . . . . . . . . . . 4

Proclamation 3447 of February 3, 1962, 27 Fed. Reg. 1085 (1962) . . . . . . . . . . . . . . . . . . . . . . 3

## RULES AND REGULATIONS

31 C.F.R. § 515.201 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

31 C.F.R. § 515.313 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

31 C.F.R. § 515.329 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

31 C.F.R. § 515.330 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
31 C.F.R. § 515.553 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

31 C.F.R. § 515.560 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

31 C.F.R. § 515.563 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

31 C.F.R. § 515.564 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 6

31 C.F.R. § 515.565 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

31 C.F.R. § 515.801 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

31 C.F.R. § 515.802 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

69 Fed. Reg. 33768-74 (June 16, 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . passim

Fed. R. Civ. P. 12(b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Fed. R. Civ. P. 56(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

## **TREATISES AND SCHOLARSHIP**

5A Charles A. Wright & Arthur R. Miller,
         *Fed. Practice & Proc.* § 1366 (2d ed. 1990). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Katheryn D. Katz, *The First Amendment's Protection of Expressive
         Activity in the University Classroom: A Constitutional Myth*,
         16 U.C. Davis L. Rev. 857 (1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38