IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control,<br><br>    Defendants.[1] | Case No. 1:06-CV-01215<br>Judge Ellen S. Huvelle |

## JOINT MOTION FOR AN ENLARGEMENT OF TIME

Plaintiffs and Defendants, by and through undersigned counsel, hereby jointly move for an enlargement of time in which to complete dispositive briefing.

In support of the Joint Motion, the parties respectfully submit:

1. Plaintiffs filed their Complaint on July 3, 2006 (Dkt. #1), and served the United States Attorney's Office for the District of Columbia on November 20, 2006 (Dkt. #4).

2. On January 11, 2007, Defendants moved unopposed for an enlargement of time in which to respond to the Complaint, and together with Plaintiffs, moved jointly to set a briefing schedule. (Dkt. #6).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Henry M. Paulson, Jr., in his official capacity as the Secretary of the United States Department of the Treasury, substitutes for John W. Snow, and Adam J. Szubin, in his official capacity as Director of the Office of Foreign Assets Control, substitutes for Barbara Hammerle.

3. By Minute Order on January 12, 2007, the Court granted the two Motions, and set a briefing schedule whereby Defendants would move to dismiss or, in the alternative, move for summary judgment on or before February 2, 2007; Plaintiffs would oppose the motion on or before March 5, 2007; and Defendants would reply on or before April 6, 2007.

4. On February 2, 2007, Defendants moved to dismiss or, in the alternative, for summary judgment. (Dkt. #8-11)

5. Counsel for Defendants and Plaintiffs have conferred and have determined that an enlargement of time to complete dispositive briefing in this matter would be appropriate. Plaintiffs will oppose Defendants' Motion on or before March 29, 2007, and Defendants will reply to Plaintiffs' Opposition on May 3, 2007.

This schedule is based on consultation between the parties, taking into account the parties' other obligations, and will facilitate an expeditious resolution of this matter.

## CONCLUSION

For the foregoing reasons, the parties jointly request that the Court enter the attached proposed Order.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

By:   /s/ Hannah Y.S. Chanoine
      SANDRA M. SCHRAIBMAN
      Assistant Branch Director, Civil Division
      HANNAH Y.S. CHANOINE
      Trial Attorney
      U.S. Department of Justice

                                        Civil Division
                                        <u>Mailing Address</u>
                                        P.O. Box 883
                                        Washington, DC  20044
                                        <u>Delivery Address</u>
                                        20 Massachusetts Avenue, NW, Rm 7340
                                        Washington, DC  20001
                                        Telephone:  (202) 305-2318
                                        Facsimile:   (202) 616-8202
                                        E-mail: hannah.chanoine@usdoj.gov
                                        *Counsel for Defendants*

Dated:  March 2, 2007

                              By:     /s/ Robert L. Muse
                                        JOHN T. RIELY
                                        4405 East West Highway #603
                                        Bethesda, Md. 20814
                                        Telephone:  (301) 656-3382
                                        Facsimilie: (301) 656-0729
                                        E-mail:  JTRIELY@MSN.COM
                                        ROBERT L. MUSE
                                        Muse & Associates
                                        1320 19th St. NW, Suite M-2
                                        Washington, DC 20036
                                        Telephone:  (202) 887-4990
                                        E-mail:  MUSERL@YAHOO.COM
                                        *Counsel for Plaintiffs*