## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control, <br><br> Defendants.[1] | Case No. 1:06-CV-01215 <br> Judge Ellen S. Huvelle |

### (proposed) ORDER

Upon consideration of the parties' Joint Motion for an Enlargement of Time, IT IS ORDERED that the Motion be and hereby is GRANTED;

IT IS FURTHER ORDERED that Plaintiffs shall have until March 29, 2007, in which to respond to Defendants dispositive motion;

IT IS FURTHER ORDERED that Defendants shall have until May 3, 2007, in which to reply.

Dated this ___ day of _____, 2006.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Henry M. Paulson, Jr., in his official capacity as the Secretary of the United States Department of the Treasury, substitutes for John W. Snow, and Adam J. Szubin, in his official capacity as Director of the Office of Foreign Assets Control, substitutes for Barbara Hammerle.

BY THE COURT:

_____