# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control,<br><br>　　　　Defendants. | Case No. 1:06-CV-01215<br>Judge Ellen S. Huvelle |

## PROPOSED ORDER

This matter having come before the Court on Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, and the Court having considered the submissions of the parties, the arguments of counsel, and the pleadings on file in this action,

IT IS HEREBY ORDERED THAT:

Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment is DENIED in its entirety.

IT IS SO ORDERED.

Dated: _____, 2007    By:_____
　　　　　　　　　　　　　　　　　　Ellen S. Huvelle
　　　　　　　　　　　　　　　　　　United States District Judge