**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2007, I caused a true and correct copy of the following documents to served on Defendants' counsel electronically by means of the Court's ECF system:

1. PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

2. DECLARATION OF ADNAN AHMAD IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

3. DECLARATION OF JOHN W. COTMAN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

4. DECLARATION OF EDUARDO GONZÁLEZ IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

5. DECLARATION OF JESSICA KAMEN IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

6. DECLARATION OF GILBERT W. MERKX IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

7. DECLARATION OF NICHOLAS A. ROBINS IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS ANDAUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

8. DECLARATION OF WAYNE S. SMITH IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN

      OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

9. DECLARATION OF HELEN STELLMAKER IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

10. DECLARATION OF NANCY ZINGALE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

11. PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS AND COUNTERSTATEMENT OF FACTS IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

12. PROPOSED ORDER

      Respectfully submitted,

      By:    /s/ Robert L. Muse

      ROBERT L. MUSE
      (D.C. Bar No. 376369)
      Muse & Associates
      1320 19th St. NW, Suite M-2
      Washington, DC 20036
      Telephone: (202) 887-4990
      Facsimile: (202) 861-6912
      E-mail: MUSERL@YAHOO.COM

      JOHN T. RIELY
      (D.C. Bar No. 391840)
      4405 East West Highway #603
      Bethesda, Md. 20814
      Telephone: (301) 656-3382
      Facsimile: (301) 656-0729
      E-mail: JTRIELY@MSN.COM
      *Counsel for Plaintiffs*