IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMERGENCY COALITION TO DEFEND, )
EDUCATIONAL TRAVEL ("ECDET"); WAYNE )
S. SMITH; JOHN W. COTMAN; JESSICA )
KAMEN; ADNAN AHMAD, )
                                                               )
          Plaintiffs, )   Case No. 1:06-CV-01215
                                                               )   Judge Ellen S. Huvelle
               v. )
                                                                )
UNITED STATES DEPARTMENT OF THE )
TREASURY; HENRY M. PAULSON, JR., )
Secretary of the United States Department of the )
Treasury; THE OFFICE OF FOREIGN )
ASSETS CONTROL; ADAM J. SZUBIN, )
Director of the Office of Foreign Assets Control, )
                                                               )
          Defendants.[1] )
_____)

## DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendants, by and through undersigned counsel, hereby move unopposed for an enlargement of time of five business days in which to file their Reply.

In support of the Joint Motion, the parties respectfully submit:

1.    Plaintiffs filed their Complaint on July 3, 2006 (Dkt. #1), and served the United States Attorney's Office for the District of Columbia on November 20, 2006 (Dkt. #4).

2.    On January 11, 2007, Defendants moved unopposed for an enlargement of time in which to respond to the Complaint, and together with Plaintiffs, moved jointly to set a briefing schedule. (Dkt. #6).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Henry M. Paulson, Jr., in his official capacity as the Secretary of the United States Department of the Treasury, substitutes for John W. Snow, and Adam J. Szubin, in his official capacity as Director of the Office of Foreign Assets Control, substitutes for Barbara Hammerle.

3. By Minute Order on January 12, 2007, the Court granted the two Motions, and set a briefing schedule whereby Defendants would move to dismiss or, in the alternative, move for summary judgment on or before February 2, 2007; Plaintiffs would oppose the motion on or before March 5, 2007; and Defendants would reply on or before April 6, 2007.

4. On February 2, 2007, Defendants moved to dismiss or, in the alternative, for summary judgment. (Dkt. #8-11)

5. On March 2, 2007, Plaintiffs and Defendants jointly moved for an enlargement of time to complete dispositive briefing in this matter. (Dkt. #12).

6. By Minute Order on March 5, 2007, the Court granted the parties' Joint Motion, and set a briefing schedule whereby Plaintiffs would oppose Defendants' Motion on or before March 29, 2007, and Defendants would reply to Plaintiffs' Opposition on May 3, 2007.

7. On March 29, 2007, Plaintiffs opposed Defendants' Motion. (Dkt. #15)

8. Defendants' counsel is encountering a surge of activity in another matter, including multiple daily depositions until the end of April, and respectfully requests an enlargement of five business days in which to file a Reply until May 10, 2007.

9. Defendants' counsel has conferred with Plaintiffs' counsel. They do not oppose this Motion. This schedule is based on consultation between the parties, taking into account the parties' other obligations, and will facilitate an expeditious resolution of this matter.

## CONCLUSION

For the foregoing reasons, the parties jointly request that the Court enter the attached proposed Order.

Respectfully submitted,

PETER D. KEISLER

          Assistant Attorney General

          JEFFREY A. TAYLOR
          United States Attorney

By:   /s/ Hannah Y.S. Chanoine
      SANDRA M. SCHRAIBMAN
      Assistant Branch Director, Civil Division
      HANNAH Y.S. CHANOINE
      Trial Attorney
      U.S. Department of Justice
      Civil Division
      <u>Mailing Address</u>
      P.O. Box 883
      Washington, DC  20044
      <u>Delivery Address</u>
      20 Massachusetts Avenue, NW, Rm 7340
      Washington, DC  20001
      Telephone:  (202) 305-2318
      Facsimile:   (202) 616-8202
      E-mail: hannah.chanoine@usdoj.gov
      *Counsel for Defendants*

Dated:  April 20, 2007