IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, ) <br> EDUCATIONAL TRAVEL ("ECDET"); WAYNE ) <br> S. SMITH; JOHN W. COTMAN; JESSICA ) <br> KAMEN; ADNAN AHMAD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> TREASURY; HENRY M. PAULSON, JR., ) <br> Secretary of the United States Department of the ) <br> Treasury; THE OFFICE OF FOREIGN ) <br> ASSETS CONTROL; ADAM J. SZUBIN, ) <br> Director of the Office of Foreign Assets Control, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 1:06-CV-01215 <br> Judge Ellen S. Huvelle |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A SURREPLY**

**Introduction**

Defendants accuse Plaintiffs of "misrepresent[ing] the Supreme Court's holdings" in connection with their Fifth Amendment arguments concerning international travel as a protected interest under the U.S. Constitution. Reply Mem. 22. In fact, the first sentence of Defendants' Reply Memorandum reads, "Replete with misstatements of Supreme Court precedent, Plaintiffs' opposition is an exercise in rhetoric not law." Reply Mem. 1. Accusing a party opponent of misrepresenting case law to a court is of course deplorable in any circumstances other than clear cases of deliberate misstatements of applicable legal authority, but here it is especially troubling because it carries the implication that essentially no constitutional protection is accorded the rights of U.S. citizens to travel abroad, whether for academic purposes or not. Justice requires that Plaintiffs be given an opportunity to respond adequately to Defendants' accusations as well as other misstatements of law and fact that

appear in their Reply Memorandum. (These are identified in the body of Plaintiffs' Motion).

### Argument

While both the Federal Rules of Civil Procedure and the District of Columbia Rules of Court (Federal) say nothing about surreplies, "The court may grant leave to file a surreply at its discretion." *American Forest & Paper Ass'n, Inc. v. United States Envtl. Prot. Agency*, 1996 U.S. Dist. LEXIS 13230.

While probably not controlling, "The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Robinson v. Detroit News, Inc.*, 211 F. Supp. 2d 101 (quoting *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001)). Plaintiffs believe the items enumerated in their Motion to which they wish to respond, were for the first time presented in Defendants' Reply.

No case has addressed the constitutional protection due travel abroad for the purposes of accredited academic teaching and study.[1] Because of the importance of the rights asserted for the first time in this suit, it is imperative that a full development of applicable facts and legal authority occur.

### Conclusion

For the foregoing reasons, Plaintiffs request that the Court enter the attached proposed Order.

---

[1] Defendants claim that *Freedom to Travel Campaign v. Newcomb*, 82 F.3d 1431 (9th Cir. 1996) is such a case. Reply Mem. 22 n.16. It was not. *See* Brief for Appellants (at pg. 5) in that case: "Plaintiff the Freedom to Travel Campaign ('the Campaign') describes itself as a 'coalition of over 50 groups around the country that came together in 1993 to push for lifting the U.S. government restrictions on travel to Cuba …. The Campaign 'organizes trips that directly challenge the restrictions, educates the public about the ban, encourages the media to cover the Campaign, and lobbies Congress and the Executive branch to change the law.'"

2

Dated: May 17, 2007

                         Respectfully submitted,

By:   /s/ Robert L. Muse

ROBERT L. MUSE
(D.C. Bar No. 376369)
Muse & Associates
1320 19th St. NW, Suite M-2
Washington, DC 20036
Telephone: (202) 887-4990
Facsimile: (202) 861-6912
E-mail: MUSERL@YAHOO.COM

JOHN T. RIELY
(D.C. Bar No. 391840)
4405 East West Highway #603
Bethesda, Md. 20814
Telephone: (301) 656-3382
Facsimile: (301) 656-0729
E-mail: JTRIELY@MSN.COM
*Counsel for Plaintiffs*