## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control,<br><br>    Defendants. | Case No. 1:06-CV-01215<br>Judge Ellen S. Huvelle |

### (proposed) ORDER

Upon consideration of Plaintiffs' Motion for Leave to File a Surreply, IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall have five days following the entry of this order in which to file their surreply of not more than ten (10) pages in length.

Dated this ___ day of _____, 2007.        BY THE COURT:

_____