## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2007, I caused a true and correct copy of the following documents to be served on Defendants' counsel electronically by means of the Court's ECF system:

1. PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY

2. PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE A SURREPLY

3. PROPOSED ORDER

Respectfully submitted,

By:   /s/ Robert L. Muse

ROBERT L. MUSE
(D.C. Bar No. 376369)
Muse & Associates
1320 19th St. NW, Suite M-2
Washington, DC 20036
Telephone: (202) 887-4990
Facsimile: (202) 861-6912
E-mail: MUSERL@YAHOO.COM

JOHN T. RIELY
(D.C. Bar No. 391840)
4405 East West Highway #603
Bethesda, Md. 20814
Telephone: (301) 656-3382
Facsimile: (301) 656-0729
E-mail: JTRIELY@MSN.COM
*Counsel for Plaintiffs*