# PLAINTIFFS' EXHIBIT 1
In Support of
Plaintiffs' Surreply

# LETTER TO OFAC FROM PROVOST AND SENIOR VICE PRESIDENT FOR ACADEMIC AFFAIRS OF JOHNS HOPKINS UNIVERSITY

# JOHNS HOPKINS
UNIVERSITY

*P0704-01*

**Office of the Provost**
265 Garland Hall / 3400 N. Charles Street
Baltimore MD 21218-2688
410-516-8070 / FAX 410-516-8035

Steven Knapp
Provost and Senior Vice President
for Academic Affairs

July 14, 2004

R. Richard Newcomb Esq., Director
Office of Foreign Assets Control
United States Department of Treasury
1500 Pennsylvania Ave., N.W. (Annex)
Washington, D.C. 20220

Dear Mr. Newcomb:

    I write to express my concern about the newly promulgated regulations that impose restrictions on academic exchanges with the Republic of Cuba. The Johns Hopkins University has sponsored short-term academic exchanges with Cuba since 1977, making ours the longest-running such program in the United States. Johns Hopkins has taken hundreds of students to Cuba and, until recently, brought many Cuban scholars to Hopkins. Our experience has been entirely positive and, we believe, mutually beneficial. In fact, we are convinced that these activities have contributed to a more open society in Cuba, a goal that we are sure our government shares. By eliminating short-term exchanges, however, the new regulations effectively terminate these important scholarly and educational interactions.

    One of the great strengths of the American higher education system is the freedom that colleges and universities have to design academic programs. This freedom has led to great creativity and has allowed universities to fulfill their distinctive educational missions in ways that reflect the particular expertise of their faculties. I believe that the continued strength of American colleges and universities depends on their freedom to develop and implement curricula that meet their institutional standards and pedagogical objectives.

    In the past decade, a steady stream of academic leaders from other countries has visited our campus and those of many other institutions. These foreign visitors are all seeking to understand the peculiar genius of the American higher education system. Surely one source of that genius has been government deference to academe on the design and conduct of academic programs.



In this period of globalization, we at Johns Hopkins, like our colleagues at other colleges and universities, take very seriously the need to offer our students an international dimension to their education. So as not to deprive our students and scholars of an important academic opportunity, I respectfully request that your office reconsider its decision to impose on our Cuban exchanges time and enrollment conditions that will make it impossible for us to continue offering an educationally valuable and nationally important program.

Yours sincerely,

Steven Knapp
Provost and Senior Vice President
for Academic Affairs

cc: Mr. Christopher Robinson, U.S. Department of State