**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2007, I caused a true and correct copy of the following document to be served on defendants' counsel, Hannah Chanoine, electronically by means of the Court's ECF system:

1. FIRST AMENDED COMPLAINT FOR JUDICIAL REVIEW OF FINAL AGENCY ACTION AND FOR INJUNCTIVE AND DECLATORY RELIEF

        Respectfully submitted,

By:    /s/ John T. Riely

    JOHN T. RIELY
    (D.C. Bar No. 391840)
    4405 East West Highway #603
    Bethesda, Md. 20814
    Telephone: (301) 656-3382
    Facsimile: (301) 656-0729
    E-mail: JTRIELY@MSN.COM
    *Counsel for Plaintiffs*