IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND, EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD; ABBY WAKEFIELD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:06-CV-01215 ) Judge Ellen S. Huvelle ) ) ) ) ) ) ) ) ) ) |

**[DEFENDANT'S PROPOSED]**
**ORDER DISMISSING THE ACTION AND GRANTING SUMMARY JUDGMENT**

Defendants have moved to dismiss this action, or in the alternative, have moved for summary judgment in this action, pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure. Upon consideration of defendant's motion and of all materials submitted in relation to the motion, IT IS HEREBY ORDERED that —

Defendant's motion be, and it hereby is, GRANTED; and

This action is hereby DISMISSED WITH PREJUDICE; and

Summary judgment is hereby GRANTED to Defendants.

Dated: _____         _____
                                        HON. ELLEN S. HUVELLE