UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND EDUCATIONAL TRAVEL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, <br><br> Defendants. | Civil Action No. 06-1215 (ESH) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, defendants' motions [Dkt. # 8, 10, 22] are **GRANTED**, and plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                    /s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 30, 2007