IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMERGENCY COALITION TO DEFEND EDUCATIONAL TRAVEL ("ECDET"); WAYNE S. SMITH; JOHN W. COTMAN; JESSICA KAMEN; ADNAN AHMAD; ABBY WAKEFIELD<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; THE OFFICE OF FOREIGN ASSETS CONTROL; ADAM J. SZUBIN, Director of the Office of Foreign Assets Control,<br><br>Defendants. | Case No. 1:06-CV-01215<br>Judge Ellen S. Huvelle |

## NOTICE OF APPEAL

Notice is hereby given that plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final Order and Judgment entered in this action on the 30th day of July, 2007.

One additional copy of this Notice has been filed herewith for immediate transmittal to the Clerk of the Court of Appeals; three additional copies have been filed herewith for immediate service on counsel for Defendants; and three additional copies have been filed herewith for the Court's internal purposes. *See* Fed. R. App. 3(d). A check in the amount of $105.00 payable to "Clerk, U.S. District Court" is attached hereto to cover the costs of filing this Notice and docketing the appeal. *See* 28 U.S.C. §§ 1913, 1917.

RECEIVED
SEP 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dated: September 20, 2007

                                            Respectfully submitted,

By: _____

                                            ROBERT L. MUSE  
                                            (D.C. Bar No. 376369)  
                                            1320 19th St. NW, Suite M-2  
                                            Washington, DC 20036  
                                            Telephone: (202) 887-4990  
                                            Facsimile: (202) 861-6912  
                                            E-mail: MUSERL@YAHOO.COM  
                                            Attorney for Appellants